NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

E.L.A., JR.,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )      Case No. 2D17-3562
                                      )
M.F.M.,                               )
                                      )
            Appellee.                 )
                                      )
_____ )

Opinion filed May 30, 2018.

Appeal from the Circuit Court for
Hillsborough County; Carl C. Hinson,
Judge.

E.L.A., pro se.

Lawrence J. Hodz of Cortes Hodz Family
Law & Mediation, P.A., Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CRENSHAW and LUCAS, JJ., and GENTILE, GEOFFREY H., ASSOCIATE JUDGE,
Concur.